DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNISSA ECOCK,**
Appellant,

v.

**NICHOLAS JOSEPH ECOCK,**
Appellee.

No. 4D2023-0415

[December 14, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lorena V. Mastrarrigo, Judge; L.T. Case No. DVCE22005137.

Kelly D. Feig of The Law Office of Kelly D. Feig, P.A., Hallandale Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

*          *          *

***Not final until disposition of timely filed motion for rehearing.***